THE CITY OF PASSAIC AND BERNARD GILLEN, COMPLAINANTS-PROSECUTORS, v. LOUIS GROSS, DEFENDANT-RESPONDENT.

Decided June 4, 1923.

On petition for reargument.

Before Justices KALISCH, BLACK and KATZENBACH.

For the petition, *Collins & Corbin* (*Edward A. Markley* and *Charles W. Broadhurst,* of counsel).

PER CURIAM.

The matter set forth in the petition for a rehearing having been duly consideerd, the application for a rehearing is denied.